**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jose M Ortega<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5637<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   13–25455–KCF

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose M Ortega

5/24/18                                                    **By the court:** Kathryn C. Ferguson
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                  United States Bankruptcy Court
                                       District of New Jersey

In re:                                                                            Case No. 13-25455-KCF
Jose M Ortega                                                                     Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3                   Date Rcvd: May 24, 2018
                              Form ID: 3180W                Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db             +Jose M Ortega,    553 Carson Avenue,    Perth Amboy, NJ 08861-3004
cr             +FEDERAL NATIONAL MORTGAGE ASSOCIATION,     Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +Seterus, Inc. as authorized Subservicer for Federa,     Ras Citron, LLC,   130 Clinton Road,
                 Suite 202,   Fairfield, NJ 07004-2927
cr              Seterus, Inc. as the authorized subservicer for Fe,    PO Box 1047,    Hartford, CT 06143-1047
514076506      +Allied Interstate,    C/O Verizon Wireless,    3200 Northline Avenue - Suite 160,
                 Greensboro, NC 27408-7613
514076508      +Amo Recoveries,    25221 Country Club Blvd Suite 200,    North Olmsted, OH 44070-5300
514076509       Arm Accounts Receivable Management, Inc,     PO Box 129,   Thorofare, NJ 08086-0129
514076513      +Citifinancial,    PO Box 499,   Hanover, MD 21076-0499
514076517      +Creditors Financial Group,    C/O HSBC Bank,    PO BOX 440290,    Aurora, CO 80044-1500
514076519       Dyck O' Neal, Inc.,    PO Box 841776,   Dallas, TX 75284-1776
514076521       EOS/ CCA,   Re: AT&T Mobility,    700 Longwater Dr,    Norwell, MA 02061-1624
514076520      +Edison Auto Sales,    1840 Woodbridge Avenue,    Edison, NJ 08817-5126
514341807      +Edison Auto Sales, Inc.,    c/o Stark & Stark, PC,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
514247949      +Hadek, LLC,    PO Box 6173,   Freehold, NJ 07728-6173
514076530       John Mcdonough, Esquire,    C/O AMGRO,   PO Box 15089,    Worcester, MA 01615-0089
514076531      +Lathrop & Gage Dc,    C/O Oxford Heatlh Plan,    1300 Eye Street, Nw,    Washington, DC 20005-3314
514076532      +Lender Buiness Process Services,    14523 SW Millikan Way Suite 200,     Beaverton, OR 97005-2352
514352804      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,     7 Entin Road,
                 Parsippany NJ 07054-5020
514076538      +Pressler & Pressler, LLP,    7 Entin Rd,   Parsippany, NJ 07054-5020
514076540      +Receivables Performance,    Re: FFPM Carmel Holdings LLC,    1930 220th Street SE Ste 101,
                 Bothell, WA 98021-8410
514352993       Seterus, Inc.,    PO Box 1047,   Hartford, CT 06143-1047
514076542      +State Of New Jersey,    Motor Vehicle Surcharges,    P.O. Box 4850,   Trenton, NJ 08650-4850
514076543      +Utility Service Affiliates Inc,    260 High Street,    Perth Amboy, NJ 08861-4451
514076545       ZUCKER GOLDBERG ACKERMAN,    C/O Metlife Home Loans,    200 Sheffield St- Suite 301, PO Box 1024,
                 Mountainside, NJ 07092-0024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 23:55:33      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 23:55:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514076507      +EDI: RMCB.COM May 25 2018 03:18:00      AMCA,   C/O Laboratory Corp,
                 2269 S. Saw Mill River Rd - Bldg 3,    Elmsford, NY 10523-3848
514099026       EDI: AIS.COM May 25 2018 03:18:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
514171234       EDI: AIS.COM May 25 2018 03:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK 73124-8838
514076510       EDI: HFC.COM May 25 2018 03:18:00      Best Buy,    Retail Services,   PO Box 17298,
                 Baltimore, MD 21297-1298
514076544       EDI: CHASE.COM May 25 2018 03:18:00      Washington Mutual,    P.O. Box 660433,
                 Dallas, TX 75266-0433
514204734      +EDI: JEFFERSONCAP.COM May 25 2018 03:18:00       COLLECTO US ASSET MANAGEMNT, INC.,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
514076511       EDI: RESURGENT.COM May 25 2018 03:18:00      Cach LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
514076512      +EDI: CAPITALONE.COM May 25 2018 03:18:00       Capital One,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
514076514       EDI: CIAC.COM May 25 2018 03:18:00      Citifinancial,    PO Box 140069,   Irving, TX 75014-0069
514076515      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 24 2018 23:56:09      Comcast,
                 1500 Market St,   Philadelphia, PA 19102-2107
514076516      +EDI: CCS.COM May 25 2018 03:18:00      Credit Collection Services,    C/O Amgro,
                 2 Wells Avenue, Dept 773,    Newton, MA 02459-3225
514076518      +EDI: DAIMLER.COM May 25 2018 03:18:00      Daimler Chrysler,    1011 Warrenville Road, Suite,
                 Lisle, IL 60532-0903
514076522      +E-mail/Text: emiller@northmillef.com May 24 2018 23:55:16
                 Equilease Financial Services, Inc.,    50 Washington Street, 10th Floor,
                 South Norwalk, CT 06854-2736
514159416       EDI: FORD.COM May 25 2018 03:18:00      Ford Motor Credit Company LLC,    Dept 55953,
                 P O Box 55000,   Detroit MI 48255-0953
514172190       EDI: FORD.COM May 25 2018 03:18:00      Ford Motor Credit Company, LLC,    P.O. Box 6275,
                 Dearborn, MI 48121
514076523       EDI: DAIMLER.COM May 25 2018 03:18:00      Fastruck,    PO Box 5224,   Lisle, IL 60532-5224
514076524       EDI: FORD.COM May 25 2018 03:18:00      Ford Motor Credit,    Dept. 194101,   PO Box 55000,
                 Detroit, MI 48255-1941
514076526      +EDI: IRS.COM May 25 2018 03:18:00      Internal Revenue Service,    1601 Market St,
                 Philadelphia, PA 19103-2301
514217708       EDI: JEFFERSONCAP.COM May 25 2018 03:18:00       Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: May 24, 2018
                              Form ID: 3180W           Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514076533     +EDI: RESURGENT.COM May 25 2018 03:18:00    Lvnv Funding,   Re: HSBC,   PO Box 10497,
               Greenville, SC 29603-0497
514076534     +EDI: MID8.COM May 25 2018 03:18:00    Midland Funding,    8875 Aero Dr Ste 200,
               San Diego, CA 92123-2255
514076536     +E-mail/PDF: bankruptcy@ncfsi.com May 24 2018 23:58:19     New Century Financial Services,
               Re: Hsbc Bank,   110 S. Jefferson Rd,   Whippany, NJ 07981-1038
514076535     +E-mail/PDF: bankruptcy@ncfsi.com May 24 2018 23:58:20     New Century Financial Services,
               110 S. Jefferson Rd,   Whippany, NJ 07981-1038
514076537      E-mail/PDF: bankruptcy@ncfsi.com May 24 2018 23:59:03     New Century Financial Services, Inc.,
               Re: Washington Mutual Bank,   110 S Jefferson Rd # 104,   Whippany, NJ  07981-1038
514076541     +EDI: CITICORP.COM May 25 2018 03:18:00    Shell/Citi,   P.O. Box 6497,
               Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SETERUS - Seterus, Inc.,   6409 Congress Avenue, Suite 100,   Boca Raton,
516599177       SETERUS - Seterus, Inc. 6409 Congress Ave suite 10
cr*             Seterus, Inc. as the authorized subservicer for Fe,    PO Box 1047,   Hartford, CT  06143-1047
514347348*      CACH, LLC,   PO Box 10587,   Greenville, SC 29603-0587
514076525*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   955 South Springfield ave,
                 Springfield, NJ  06176-0004)
514076528*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   P.O. Box 724,   Springfield, NJ  07081)
514076527*      Internal Revenue Service,   Special Procedure Branch,   P.O. Box 744,   Springfield, NJ  07081
514076529*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
515436292*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
514076539*      Pressler And Pressler,   7 Entin Rd,   Parsippany, NJ  07054-5020
                                                                                        TOTALS: 2, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allyson Virginia Cofran    on behalf of Creditor    Edison Auto Sales, Inc. acofran@stark-stark.com,
               dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Denise E. Carlon    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Justin Plean    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Kevin M. Buttery    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA")
               bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    SETERUS - Seterus, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-3          User: admin                Page 3 of 3           Date Rcvd: May 24, 2018
                              Form ID: 3180W             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Moshe  Rothenberg    on behalf of Debtor Jose M Ortega mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com
        Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. , PATRICK.LACSINA@GMAIL.COM
        Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. , PATRICK.LACSINA@GMAIL.COM

                                                                                                          TOTAL: 13